

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2015

No. 04-14-00357-CV

**IN RE: A PURPORTED LIEN OR CLAIM AGAINST HELVETIA ASSET RECOVERY, INC.**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18394
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

On May 14, 2015, counsel of record for Appellee Helvetia Asset Recovery, Inc. filed a motion to withdraw. *See* TEX. R. APP. P. 6.5. Counsel moved this court to allow Haynes and Boone, LLP, and attorneys Werner A. Powers and Lisa S. Barkley to withdraw, and to allow attorney Elizabeth Conroy Davidson to represent Appellee Helvetia Asset Recovery, Inc. in this appeal. The unopposed motion shows it was sent to Appellee by first class mail and by certified mail, *see id.* R. 6.5(b), and it meets the other motion requirements, *see id.* R. 6.5(d).

The motion to withdraw and for substitution of counsel is GRANTED. *See id.*

We DIRECT the clerk of this court to update this court's records to show Appellee's new attorney of record in this appeal.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2015.

_____
Keith E. Hottle
Clerk of Court